IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, HAWAII LABORERS' PENSION FUND, by its trustees, Leonard Leong, Cedric Ota, Greg Uyematsu, Alan Shintani, William Giles, Tyler Lau, Mark Matsumoto, Peter Ganaban, Alfonso Oliver, Narsi Ganaban, Toni Figueroa, and Rocco Davis;  HAWAII LABORERS' HEALTH AND WELFARE FUND, by its trustees, Russell Nonaka, Mark Tagami, Anacleto Alcantra, Karl Kamada, Claude Matsumoto, Toni Figueroa, Peter Ganaban, Mark Matsumoto, Narsi Ganaban, and Rocco Davis;  ANNUITY FUND, by its trustees, Ryan Wada, Craig Nakanishi, Anacleto Alcantra, Clay Asato, Claude Matsumoto, Mark Matsumoto, Peter Ganaban, Alfonso Oliver, Narsi Ganaban, and Rocco Davis;  HAWAII LABORERS' AND EMPLOYERS' COOPERATION AND EDUCATION TRUST FUND (LECET), by its trustees, Leonard Dempsey, Deron Matsuoka, Robert de Los Reyes, Russell Inouye, Peter Ganaban, Joby North II, Yugan Hottendorf, and Ryan Martin; HAWAII LABORERS' APPRENTICESHIP AND TRAINING FUND, by its trustees, Colin Ching, Micah Furuyama, Scott Higa, Leonard Leong, Anthony Tomas, Peter Ganaban, | CV 24-00163 LEK-KJM |

| | |
|---|---|
| Toni Figueroa, Alvis McCann, Joseph Yaw, Joby North II; HAWAII LABORERS' VACATION & HOLIDAY FUND, by its trustees, Kyle Nakamura, Anacleto Alcantra, Claude Matsumoto, James Furukawa, Alfonso Oliver, Peter Ganaban, Toni Figueroa, Domingo Peralta<br><br>    Plaintiffs,<br><br> vs.<br><br>ISLAND HAULING, INC., a Hawaii corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 08, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)© and Local Rule 74.1, the "Findings and Recommendation to Enter Default Judgment and Award Damages Against Defendant Island Hauling, Inc.", ECF No. 16, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, October 28, 2024.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge